Richard Douglas MURRAY, Sr.,
Plaintiff—Appellant,

v.

Edward J. RUDLOFF, Administrator,
Eastern Regional Jail; James Ruben-
stein, Commissioner, Department of
Corrections; Barbra White, Nursing
Director Prime Care Medical; Glen
Stotler, President, Morgan County
Commission, Defendants—Appellees.

No. 05–7637.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 23, 2006.

Decided: March 29, 2006.

Richard Douglas Murray, Sr., Appellant
Pro Se. Tracey Brown Eberling, Steptoe &
Johnson, Martinsburg, West Virginia;
Charles Patrick Houdyschell, Jr., West
Virginia Division of Corrections, Charles-
ton, West Virginia; Mark William Brown-
ing, Shuman, McCluskey & Slicer, PLLC,
Charleston, West Virginia; Michael Doug-
las Lorensen, Bowles, Rice, McDavid,
Graff & Love, PLLC, Martinsburg, West
Virginia; Debra MH McLaughlin, Berke-
ley, West Virginia, for Appellees.

Before WILKINSON, LUTTIG, and
WILLIAMS, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

Richard Douglas Murray, Sr., appeals
the district court's order dismissing his 42
U.S.C. § 1983 (2000) complaint. The dis-
trict court referred this case to a magis-
trate judge pursuant to 28 U.S.C.
§ 636(b)(1)(B) (2000). The magistrate
judge recommended that relief be denied
and advised Murray that failure to timely
file specific objections to this recommenda-
tion could waive appellate review of a dis-
trict court order based upon the recom-
mendation. Despite this warning, Murray
failed to file specific objections to the mag-
istrate judge's recommendation.

The timely filing of specific objections to
a magistrate judge's recommendation is
necessary to preserve appellate review of
the substance of that recommendation
when the parties have been warned that
failure to specifically object will waive ap-
pellate review. *See Page v. Lee,* 337 F.3d
411, 416 n. 3 (4th Cir.2003); *see also
Thomas v. Arn,* 474 U.S. 140, 106 S.Ct.
466, 88 L.Ed.2d 435 (1985); *Wright v. Col-
lins,* 766 F.2d 841, 845–46 (4th Cir.1985).
Murray has waived appellate review by
failing to file specific objections after re-
ceiving proper notice. Accordingly, we
deny Murray's motion for appointment of
counsel and affirm the judgment of the
district court.

We dispense with oral argument because
the facts and legal contentions are ade-
quately presented in the materials before
the court and argument would not aid the
decisional process.

*AFFIRMED*